Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 15, 2019__      X **/s/ Edmund J. Dury**
                                              Signature of individual signing on behalf of debtor

                                              **Edmund J. Dury**
                                              Printed name

                                              **Member**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **0-to-60 Logistics LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | **19-22818** |

☐ Check if this is an

amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **360 Equipment Finance, LLC 300 Beardsley Lane, Bldg D, Ste 201 Austin, TX 78746** | | **AS DESCRIBED IN UCC FILING: Perfect Equipment Wheel Weights OEM Zinc Table-Top Assortment SN: CWW155ZCWW82 1181874; (1) Triumph Dual Assist Tower Tire** | | **Unknown** | **$9,400.00** | **Unknown** |
| **Ally Financial 6985 Union Park Center Midvale, UT 84047** | | **Vehicle No. 1004 - 2017 RAM ProMaster 3500 Cargo (black), VIN 3C6URVJGXHE50 551, license plate XD 77127; value per KBB** | | **$37,000.00** | **$7,093.00** | **$29,907.00** |
| **Expediter Services, LLC 1331 Union Avenue #1022 Memphis, TN 38104** | | **Judgment for costs in WD Tennesee District Court Case # 18-CV-02758** | | | | **$515.00** |
| **NexTraq PO Box 538566 Atlanta, GA 30353** | | **Tracking system for vehicles** | | | | **$4,053.33** |
| **Per Mar Security Services 2129 S. Oneida St., #4 Green Bay, WI 54303** | | **Security & Monitoring** | | | | **$1,332.25** |
| **R. Van Rite Construction 3684 Packerland Dr. De Pere, WI 54115** | | **Lease Arrearage** | | | | **$5,600.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Santander Consumer USA, Inc. D/B/A Chrysler Capital 5201 Rufe Snow Drive North Richland Hills, TX 76180** | | **Vehicle No. 1003 - 2017 RAM ProMaster 3500 Cargo (True Blue) - VIN 3C6URVJG2HE50 5564, license plate XD 77128; value per KBB** | | **$39,010.90** | **$6,463.00** | **$32,547.90** |
| **Santander Consumer USA, Inc. D/B/A Chrysler Capital 5201 Rufe Snow Drive North Richland Hills, TX 76180** | | **Vehicle No. 1005 - 2017 RAM ProMaster 3500 Cargo (True Blue) - VIN 3C6URVJG9HE50 5996; license plate XD 77132; value per KBB** | | **$38,624.08** | **$6,460.00** | **$32,164.08** |
| **Santander Consumer USA, Inc. D/B/A Chrysler Capital 5201 Rufe Snow Drive North Richland Hills, TX 76180** | | **Vehicle No. 1006 - 2017 RAM ProMaster Cargo 3500 (Red) - VIN 3C6URV3GXH350 5571; license plate XD 80403; value per KBB (needs a new transmission)** | | **$39,288.50** | **$8,867.00** | **$31,721.50** |
| **Santander Consumer USA, Inc. D/B/A Chrysler Capital 5201 Rufe Snow Drive North Richland Hills, TX 76180** | | **Vehicle No. 1007 - 2018 RAM ProMaster 3500 Cargo (Silver) - VIN 3C6URVJGXJE108 383 license plate ABE 3675; value per KBB - was repossessed by Chrysler** | **Contingent Disputed** | **$38,624.08** | **$9,335.00** | **$29,289.08** |
| **Santander Consumer USA, Inc. D/B/A Chrysler Capital 5201 Rufe Snow Drive North Richland Hills, TX 76180** | | **Vehicle No. 1002 - 2017 RAM ProMaster 3500 Cargo (White) - VIN 3C6URVJG4HE53 0949; license plate XD 77133; value per KBB** | | **$36,127.40** | **$6,978.00** | **$29,149.40** |
| **Technology Architects 1300 W. Main Ave. De Pere, WI 54115** | | **IT Services / install** | | | | **$870.93** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wisconsin Public Service PO Box 3140 Milwaukee, WI 53201-3140** | | **Utility Service** | | | | **$2,801.90** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $    **97,853.13**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $    **97,853.13**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **239,274.96**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **15,173.41**

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b        $    **254,448.37**

Debtor name **0-to-60 Logistics LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **19-22818**

☐ Check if this is an
    amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Associated Bank** | **Checking** | **9628** | **$7,934.59** |
| 3.2. | **Associated Bank** | **Checking** | **9388** | **$6.54** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $7,941.13 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

         **$0.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** Office computers (4), desks (4), printers (4), etc. | **$0.00** | | **$2,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

         **$2,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Vehicle No. 1004 - 2017 RAM ProMaster 3500 Cargo (black), VIN 3C6URVJGXHE50551, license plate XD 77127; value per KBB** | $0.00 | | $7,093.00 |
| 47.2. | **Vehicle No. 1003 - 2017 RAM ProMaster 3500 Cargo (True Blue) - VIN 3C6URVJG2HE505564, license plate XD 77128; value per KBB** | $0.00 | | $6,463.00 |
| 47.3. | **Vehicle No. 1002 - 2017 RAM ProMaster 3500 Cargo (White) - VIN 3C6URVJG4HE530949; license plate XD 77133; value per KBB** | $0.00 | | $6,978.00 |
| 47.4. | **Vehicle No. 1005 - 2017 RAM ProMaster 3500 Cargo (True Blue) - VIN 3C6URVJG9HE505996; license plate XD 77132; value per KBB** | $0.00 | | $6,460.00 |
| 47.5. | **Vehicle No. 1007 - 2018 RAM ProMaster 3500 Cargo (Silver) - VIN 3C6URVJGXJE108383 license plate ABE 3675; value per KBB - was repossessed by Chrysler but upon information and belief was not yet sold; lien search does not show a perfected lien on title** | $0.00 | | $9,335.00 |
| 47.6. | **Vehicle No. 1006 - 2017 RAM ProMaster Cargo 3500 (Red) - VIN 3C6URV3GXH3505571; license plate XD 80403; value per KBB (needs a new transmission)** | $0.00 | | $8,867.00 |
| 47.7. | **Vehicle No. 1008 - 2011 GMC SAVANA 3500 (White) - VIN 1GDY72CA3B1902777; value per KBB** | $0.00 | | $5,329.00 |
| 47.8. | **Vehicle No. 1009 - 2011 GMC SAVANA 3500 (White)- VIN 1GDY72CA1B1902986; value per KBB** | $0.00 | | $5,329.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 47.9. | Vehicle No. 1010 - 2011 GMC SAVANA 3500 (White)- VIN 1GDY72CA3B190386; value per KBB | $0.00 | | $5,329.00 |
|---|---|---|---|---|
| 47.10. | Vehicle No. 1011 - 2011 GMC SAVANA 3500 (White)- VIN 1GDY72CA2B1903032; value per KBB | $0.00 | | $5,329.00 |
| 47.11. | Vehicle No. 4001 - 2011 GMC SAVANA 4500 (White)- VIN 1GD374CA3B1904552; value per KBB (new transmission - needs to be pay for) | $0.00 | | $6,000.00 |
| 47.12. | Vehicle No. 4002 - 2011 GMC SAVANA 4500 (White) - VIN 1GD374CA5B1904276; value per KBB | $0.00 | | $6,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**AS DESCRIBED IN UCC FILING: Perfect Equipment Wheel Weights OEM Zinc Table-Top Assortment SN: CWW155ZCWW821181874; (1) Triumph Dual Assist Tower Tire Changer And Computer Wheel Balancer Combo SN: 9502821181874; (1) BendPak TS-580V-601 Elite[TM] Air Compressor SN: 5508211812189 [NOTE: incorrectly described on UCC; this item was out of stock and Debtor received instead a BelAire Air Compressor SN: 8090250016); (1) BendPak Heavy Duty Closed Front Four Post Lift HDS14 SN: 5179105821884; (1) BendPak Airline Kit for HD-9/HDS-14 SN: 5175170821181895; (2) BendPak Scissor Rolling Bridge Jack 7,000 lb Capacity SN: 5174009821187896 (1) Ranger Heavy Duty Transmission Jack 1,100 lb RTJ-1100 SN: 515044821181874 (1) Ranger High Reach Jack Stand With Foot Pedal RJS-1TF SN: 5210438821181873; (1) Ranger Portable Oil Drain With Pump Drain Valve RD-18G SN: 5151105821181874; (1) Ranger Two Ton Folding Shop Crane RSC-2TF SN: 6189789945088; (1) BendPak Airline Kit for HD-9/HDS-14 5174009 SN: 51804855968177; (1) BendPak Optional Air ElectricWorkstation WSA-100 (Fits 2-Post) -- 5210438 SN: 51817968886774**   $0.00   $9,400.00

51.   **Total of Part 8.**                                                                          | $87,912.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Trademark on the name ES Expediting, LLC and the company logo, subject to a permanent injunction issued in the US District Court for the Western District of Tennessee, case # 2:18-CV-02758-JPM-tmp enjoining the use of the name** | **$0.00** | | **$0.00** |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                         | $0.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claim against Legal Zoom for mishandling of lawsuit with Expediter Services LLC**

| Nature of claim |  |
|---|---|
| Amount requested | **$0.00** |

Current value: **Unknown**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,941.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $87,912.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $97,853.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $97,853.13 |

Fill in this information to identify the case:

Debtor name   **0-to-60 Logistics LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number (if known)   **19-22818**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **360 Equipment Finance, LLC**<br>Creditor's Name<br><br>**300 Beardsley Lane, Bldg D, Ste 201**<br>**Austin, TX 78746**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9-20-2018**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**AS DESCRIBED IN UCC FILING: Perfect Equipment Wheel Weights OEM Zinc Table-Top Assortment SN: CWW155ZCWW821181874; (1) Triumph Dual Assist Tower Tire Changer And Computer Wheel Balancer Combo SN: 9502821181874; (1) BendPak TS-580V-601 Elite**<br><br>**Describe the lien**<br>**PMSI**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$9,400.00** |
| **2.2** **Ally Financial**<br>Creditor's Name<br><br>**6985 Union Park Center**<br>**Midvale, UT 84047**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Vehicle No. 1004 - 2017 RAM ProMaster 3500 Cargo (black), VIN 3C6URVJGXHE50551, license plate XD 77127; value per KBB**<br><br>**Describe the lien**<br>**PMSI**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$37,000.00** | **$7,093.00** |

**Last 4 digits of account number**
8416

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Bobcat Truck Repair** | **Describe debtor's property that is subject to a lien** | **$1,300.00** | **$8,867.00** |
|---|---|---|---|---|
| | Creditor's Name | Vehicle No. 1006 - 2017 RAM ProMaster Cargo 3500 (Red) - VIN 3C6URV3GXH3505571; license plate XD 80403; value per KBB (needs a new transmission) | | |

**5255 FM482**
**New Braunfels, TX 78132**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☒ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☒ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. Bobcat Truck Repair** | ☐ Unliquidated |
| **2. Santander Consumer USA, Inc.** | ☐ Disputed |

---

| 2.4 | **C T Corporation System** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**as Representative**
**330 N. Brand Blvd, Ste 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**GBSA in connection with prior factoring company**

**Is the creditor an insider or related party?**

☒ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☒ No

**Date debt was incurred**
**3/9/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Corportion Service Company** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**All Assets**

**Describe the lien**

**GBSA in connection with current factoring company**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10-16-2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Dan Theiss** | Describe debtor's property that is subject to a lien | $5,000.00 | $5,329.00 |
|---|---|---|---|---|

Creditor's Name

**12714  7 1/2  Mile Road**
**Caledonia, WI 53108**

Creditor's mailing address

**Vehicle No. 1008 - 2011 GMC SAVANA 3500 (White) - VIN 1GDY72CA3B1902777; value per KBB**

**Describe the lien**

**Non-PMSI**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/29/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Dan Theiss** | Describe debtor's property that is subject to a lien | $0.00 | $5,329.00 |
|---|---|---|---|---|

Creditor's Name

**12714  7 1/2  Mile Road**
**Caledonia, WI 53108**

Creditor's mailing address

**Vehicle No. 1011 - 2011 GMC SAVANA 3500 (White)- VIN 1GDY72CA2B1903032; value per KBB**

**Describe the lien**

**Non-PMSI (add'l collateral for loan)**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | **Eagle Chevrolet Buick GMC** | **Describe debtor's property that is subject to a lien** | **$4,300.00** | **$6,000.00** |
|---|---|---|---|---|

Creditor's Name

**329 E. W. Main St.**
**Morehead, KY 40351**

Creditor's mailing address

**Vehicle No. 4001 - 2011 GMC SAVANA 4500 (White)- VIN 1GD374CA3B1904552; value per KBB (new transmission - needs to be pay for)**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.9 | **Freight Finance Co., LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**801 N. 500 W., Ste 202**
**Bountiful, UT 84010**

Creditor's mailing address

**Factoring Company - All assets of Debtor, now owned or hereafter acquired or created, all proceeds and products of the foregoing, all additions and accessions thereto, all rents, profits and issues thereof.**

**Describe the lien**
**GBSA - Current Factoring Company**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/26/2018**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.10 | **Santander Consumer USA, Inc.** | **Describe debtor's property that is subject to a lien** | **$39,288.50** | **$8,867.00** |
|---|---|---|---|---|

Creditor's Name

**D/B/A Chrysler Capital
5201 Rufe Snow Drive
North Richland Hills, TX
76180**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/8/2017**

**Last 4 digits of account number
7855**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**Vehicle No. 1006 - 2017 RAM ProMaster
Cargo 3500 (Red) - VIN
3C6URV3GXH3505571; license plate XD
80403; value per KBB (needs a new
transmission)**

**Describe the lien
PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.1<br>1 | **Santander Consumer USA,<br>Inc.** | | **$39,010.90** | **$6,463.00** |

Creditor's Name

**D/B/A Chrysler Capital
5201 Rufe Snow Drive
North Richland Hills, TX
76180**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/19/2017**

**Last 4 digits of account number
2374**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Vehicle No. 1003 - 2017 RAM ProMaster 3500
Cargo (True Blue) - VIN
3C6URVJG2HE505564, license plate XD
77128; value per KBB**

**Describe the lien
PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.1<br>2 | **Santander Consumer USA,<br>Inc.** | | **$36,127.40** | **$6,978.00** |

Creditor's Name

**D/B/A Chrysler Capital
5201 Rufe Snow Drive
North Richland Hills, TX
76180**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Vehicle No. 1002 - 2017 RAM ProMaster 3500
Cargo (White) - VIN 3C6URVJG4HE530949;
license plate XD 77133; value per KBB**

**Describe the lien
PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/19/2017**

**Last 4 digits of account number**
**8872**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Santander Consumer USA, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**D/B/A Chrysler Capital**
**5201 Rufe Snow Drive**
**North Richland Hills, TX**
**76180**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/27/2017**

**Last 4 digits of account number**
**3071**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Vehicle No. 1005 - 2017 RAM ProMaster 3500 Cargo (True Blue) - VIN 3C6URVJG9HE505996; license plate XD 77132; value per KBB**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$38,624.08     $6,460.00

---

| 2.1 4 | **Santander Consumer USA, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**D/B/A Chrysler Capital**
**5201 Rufe Snow Drive**
**North Richland Hills, TX**
**76180**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0995**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Vehicle No. 1007 - 2018 RAM ProMaster 3500 Cargo (Silver) - VIN 3C6URVJGXJE108383 license plate ABE 3675; value per KBB - was repossessed by Chrysler but upon information and belief was not yet sold; lien search does not show a perfected li**

**Describe the lien**
**Possible PMSI / Not listed with DOT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$38,624.08     $9,335.00

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$239,274.96** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Financial**<br>**PO Box 8123**<br>**Cockeysville, MD 21030** | Line __2.2__ | |
| **Attorney Joshua J. Brady**<br>**Galanis, Pollack, Jacobs & Johnson SC**<br>**839 N. Jefferson St., #200**<br>**Milwaukee, WI 53202** | Line __2.10__ | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **0-to-60 Logistics LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | **19-22818** |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Wisconsin Department of Revenue**<br>**P.O. Box 8981**<br>**Madison, WI 53708-8981** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.00 |
| --- | --- | --- | --- |
| | **Expediter Services, LLC**<br>**1331 Union Avenue #1022**<br>**Memphis, TN 38104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Judgment for costs in WD Tennesee District Court__ | |
| | Last 4 digits of account number _ | __Case # 18-CV-02758__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,053.33 |
| --- | --- | --- | --- |
| | **NexTraq**<br>**PO Box 538566**<br>**Atlanta, GA 30353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __February 2019__ | Basis for the claim: __Tracking system for vehicles__ | |
| | Last 4 digits of account number __3310__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,332.25 |
| --- | --- | --- | --- |
| | **Per Mar Security Services**<br>**2129 S. Oneida St., #4**<br>**Green Bay, WI 54303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Security & Monitoring__ | |
| | Last 4 digits of account number __6365__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
| --- | --- | --- | --- |
| | **R. Van Rite Construction**<br>**3684 Packerland Dr.**<br>**De Pere, WI 54115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Lease Arrearage__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.93 |
| --- | --- | --- | --- |
| | **Technology Architects**<br>**1300 W. Main Ave.**<br>**De Pere, WI 54115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __October 2018__ | Basis for the claim: __IT Services / install__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,801.90 |
| --- | --- | --- | --- |
| | **Wisconsin Public Service**<br>**PO Box 3140**<br>**Milwaukee, WI 53201-3140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utility Service__ | |
| | Last 4 digits of account number __0002__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Debtor | 0-to-60 Logistics LLC | Case number (if known) | 19-22818 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney Nicole D. Berkowitz**<br>**Baker Donelson Bearman Caldwell & Berkow**<br>**2000 First Tennessee Building**<br>**165 Madison Avenue**<br>**Memphis, TN 38103** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Insolvency Unit West 17, Grp 4-Milwaukee**<br>**Organization Code: SES:C:AIQ:WI7**<br>**211 W. Wisconsin Ave, Stop 5301**<br>**Milwaukee, WI 53203-2221** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 15,173.41 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ 15,173.41 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Factoring company** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Freight Finance Co., LLC** <br> **801 N. 500 W., Ste 202** <br> **Bountiful, UT 84010** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **Vehicle tracking contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **NexTraq** <br> **PO Box 538566** <br> **Atlanta, GA 30353-8566** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **Premises security services contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Per Mar Security Services** <br> **2129 S. Oneida St., #4** <br> **Green Bay, WI 54303** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Lease of business premises at 1827 Plane Park Drive, De Pere, WI 54115; small arrearage** <br><br> State the term remaining    **2 1/2 Years** <br><br> List the contract number of any government contract | **R. Van Rite Construction** <br> **3684 Packerland Dr.** <br> **De Pere, WI 54115** |

Fill in this information to identify the case:

Debtor name __0-to-60 Logistics LLC__

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) __19-22818__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Edmund J. Dury** | **2600 East River Dr.** **Green Bay, WI 54301** **Guarantor on van loans and equipment loan** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **0-to-60 Logistics LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **19-22818**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $212,953.00 |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $582,015.87 |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $482,877.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   |  |  |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Santander Consumer USA, Inc. D/B/A Chrysler Capital 5201 Rufe Snow Drive North Richland Hills, TX 76180** | **2018 RAM ProMaster - VIN 3C6URVJGXJE108383; repossessed in Florida while occupied by driver, who was forced out of the vehicle.** | **March 2019** | **$9,335.00** |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Santander Consumer USA, Inc. D/B/A Chrysler Capital vs. ES EXPEDITING LLC C/O REG. AG. US CORP AGENTS, INC. et al Case Number 2019CV000245** | **Contract / Replevin** | **Brown County Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Expediter Services LLC vs. ES EXPEDITING LLC Case # 2:18-CV-02758-JPM-tmp** | **Trademark Infringement** | **US District Court for the WD Tennessee** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<div style="background:black; color:white">__Part 5:__</div> Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

<div style="background:black; color:white">__Part 6:__</div> Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Steinhilber Swanson LLP**<br>**107 Church Avenue**<br>**Oshkosh, WI 54903-0617** | **$6,000.00 retainer for Attorney Fees and costs** | **3/29/2019** | **$6,000.00** |
| | Email or website address<br>**jmenn@steinhilberswanson.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<div style="background:black; color:white">__Part 7:__</div> Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **801 Heritage Road**<br>**Cecil, WI 54111-5000** | **June 2017 - October 2018** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Associated Bank** | XXXX-3003 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/17/2019** | $500.00 |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Associated Bank** | **XXXX-2989** | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | **1/2/2019** | **$6.94** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

□ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Edmund J. Dury**<br>**2600 East River Dr.**<br>**Green Bay, WI 54301** | **At the shop** | **Mr. Dury's tools, utility trailer, snowblower** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Customers** | **In vehicles in transit** | **At any given time, the Debtor is hauling freight for its customers** | **Unknown** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Allcox & Associates S.C. 2131 S. Webster Ave., Ste 103 Green Bay, WI 54301-2288** | **2017- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Allcox & Associates S.C. 2131 S. Webster Ave., Ste 103 Green Bay, WI 54301-2288** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Edmund J. Dury | 2600 East River Dr.<br>Green Bay, WI 54301 | LLC Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Dury | 2600 East River Drive<br>Green Bay, WI 54301 | LLC Member | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>· | Edmund J. Dury<br>2600 East River Dr.<br>Green Bay, WI 54301 | $38,000 | 2018 draws | Regular Salary |
| | Relationship to debtor<br>Member | | | |
| 30.2<br>· | Steven Dury<br>2600 East River Drive<br>Green Bay, WI 54301 | $38,000 | 2018 draws | Regular Salary |
| | Relationship to debtor<br>Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 15, 2019_____

__/s/ Edmund J. Dury_____                    __Edmund J. Dury_____
Signature of individual signing on behalf of the debtor                    Printed name

Position or relationship to debtor    __Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **0-to-60 Logistics LLC**      Case No.    **19-22818**

Debtor(s)      Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $    **17,500.00**

   Prior to the filing of this statement I have received ..................... $    **6,000.00**

   Balance Due .......................................................................... $    **11,500.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor      ■ Other (specify):    **Total fees and costs specified here are an estimate; all post-petition fees are subject to bankruptcy court approval on application therefor pursuant to application to employ counsel**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 15, 2019**
_Date_

/s/ **John W. Menn**
**John W. Menn 1073739**
_Signature of Attorney_
**Steinhilber Swanson LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**(920) 235-6690  Fax: (920) 426-5530**
**jmenn@steinhilberswanson.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re __0-to-60 Logistics LLC__

Debtor(s)

Case No. __19-22818__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edmund J. Dury<br>2600 East River Dr.<br>Green Bay, WI 54301** | **LLC Member** | **50%** | **Membership Interest** |
| **Steven Dury<br>2600 East River Drive<br>Green Bay, WI 54301** | **LLC Member** | **50%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __April 15, 2019__

Signature __/s/ Edmund J. Dury__

**Edmund J. Dury**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re  **0-to-60 Logistics LLC**

                                           Debtor(s)

Case No.   **19-22818**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 15, 2019**

**/s/ Edmund J. Dury**

**Edmund J. Dury**/Member
Signer/Title

360 Equipment Finance, LLC
300 Beardsley Lane, Bldg D, Ste 201
Austin, TX 78746

Ally Financial
6985 Union Park Center
Midvale, UT 84047

Ally Financial
PO Box 8123
Cockeysville, MD 21030

Attorney Joshua J. Brady
Galanis, Pollack, Jacobs & Johnson SC
839 N. Jefferson St., #200
Milwaukee, WI 53202

Attorney Nicole D. Berkowitz
Baker Donelson Bearman Caldwell & Berkow
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Bobcat Truck Repair
5255 FM482
New Braunfels, TX 78132

C T Corporation System
as Representative
330 N. Brand Blvd, Ste 700
Attn: SPRS
Glendale, CA 91203

Corportion Service Company
as Representative
PO Box 2576
Springfield, IL 62708

Dan Theiss
12714  7 1/2  Mile Road
Caledonia, WI 53108

Eagle Chevrolet Buick GMC
329 E. W. Main St.
Morehead, KY 40351

Edmund J. Dury
2600 East River Dr.
Green Bay, WI 54301

Expediter Services, LLC
1331 Union Avenue #1022
Memphis, TN 38104

Freight Finance Co., LLC
801 N. 500 W., Ste 202
Bountiful, UT 84010

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

NexTraq
PO Box 538566
Atlanta, GA 30353

NexTraq
PO Box 538566
Atlanta, GA 30353-8566

Per Mar Security Services
2129 S. Oneida St., #4
Green Bay, WI 54303

R. Van Rite Construction
3684 Packerland Dr.
De Pere, WI 54115

Santander Consumer USA, Inc.
D/B/A Chrysler Capital
5201 Rufe Snow Drive
North Richland Hills, TX 76180

Technology Architects
1300 W. Main Ave.
De Pere, WI 54115

Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981

Wisconsin Public Service
PO Box 3140
Milwaukee, WI 53201-3140